FILED

NOV 21 2017

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-17-08-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| KEVIN RAYMOND RUCKS, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 21st day of November, 2017.

Honorable Susan P. Watters
United States District Judge