FILED

NOV 22 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-08-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| KEVIN RAYMOND RUCKS, | |
| Defendant. | |

For the reasons stated on the record, KEVIN RAYMOND RUCKS is hereby released from the custody of the U.S. Marshals Service.

DATED this 22nd day of November, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1