# UNITED STATES DISTRICT COURT


NOV 22 2017
Clerk, U S District Court
District Of Montana
Billings

FOR THE　　　　DISTRICT OF　MONTANA BILLINGS DIVISION

UNITED STATES OF AMERICA

V.

KEVIN RAYMOND RUCKS,

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:　CR-17-00008

　　　　The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Susan P. Watters_
Signature of Judge

Susan P. Watters, U.S. District Court Judge
Name and Title of Judge

November 22, 2017
Date